CLOSED, MDL, STAYED, TRANSFERRED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Galveston)**
**CIVIL DOCKET FOR CASE #: 3:07-cv-00470**

Ramos v. Davol Inc et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Samuel B Kent
Demand: $75,000,000
Case in other court: 56th District Court, 2007-cv-0931
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 09/18/2007
Date Terminated: 10/24/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Juan Ramos** represented by **Jason Aron Itkin**
Arnold & Itkin LLP
5 Houston Center
1401 McKinney Street
Suite 2550
Houston, TX 77010
713-222-3800
Fax: 713-222-3850
Email: jitkin@arnolditkin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. Bard, Inc** represented by **D Mitchell McFarland**
Harrison Bettis et al
500 Dallas Street
Ste 2600
Houston, Tx 77002
713-843-7900
Fax: 713-843-7901
Email:
mitch.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol Inc** represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2007 | 1 | NOTICE OF REMOVAL from 56th Judicial District, case number 2007-cv-0931 (Filing fee $ 350 receipt number 3044776) filed by all defendants. (Attachments: # 1 Exhibit A)(McFarland, D) (Entered: 09/18/2007) |
| 09/19/2007 | 2 | CORPORATE DISCLOSURE STATEMENT by Defendant, filed. (McFarland, D) (Entered: 09/19/2007) |
| 09/19/2007 | 3 | ORDER re: computer codes printed on proposed orders.( Signed by Judge Samuel B Kent ) Parties notified.(ceaton, ) (Entered: 09/19/2007) |
| 09/25/2007 | 4 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 1/4/2008 at 09:00 AM before Judge Samuel B Kent.( Signed by Judge Samuel B Kent ) Parties notified.(mgore, ) (Entered: 09/25/2007) |
| 10/01/2007 | 5 | Unopposed MOTION to Stay *Proceedings Pending Transfer To Federal MDL* by all defendants, filed. Motion Docket Date 10/22/2007. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Proposed Order Unopposed motion for stay of proceedings)(McFarland, D) (Entered: 10/01/2007) |
| 10/02/2007 | 6 | ORDER granting 5 Motion to Stay pending transfer to the MDL for the District of Rhode Island.( Signed by Judge John R Froeschner ) Parties notified.(ceaton, ) (Entered: 10/02/2007) |
| 10/24/2007 | 7 | JPML CONDITIONAL TRANSFER ORDER (5) (certified copy) transferring case to USDC District of Rhode Island to be included in MDL Docket No. 1842. Case terminated on 11/24/07.(jegonzalez, ) (Entered: 10/25/2007) |
| 10/24/2007 | | Interdistrict transfer to USDC District of Rhode Island. Certified copy of transfer order, certified docket sheet, and two copies of transfer letter (with a return envelope) sent by certified mail, filed. (jegonzalez, ) (Entered: 10/25/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/05/2007 09:41:55 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:07-cv-00470 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |